Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 SEP 22 AM 10: 53
DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 09-34255 RKM |
| --- | --- | --- |
| MENDEREZ RIFATI, | ) | Chapter 7 |
| Debtor. | ) | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.36% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 8 | Express Recovery Services, Inc.<br>P.O. Box 26415<br>Salt Lake City, UT  84126 | $0.69 |

2

3.   A check in the amount of $0.69 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _21_ day of September, 2010.

*[signature]*
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _22_ day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

*[signature]*

ND: 4837-4876-2882, v. 1                    2